168 So.2d 268

**Opal Eaves GRANGER et vir**

v.

**The TRAVELERS INSURANCE COMPANY.**

No. 47497.

Nov. 9, 1964.

In re: The Travelers Insurance Company applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Evangeline. 167 So.2d 211.

Writs refused. On the facts found by the Court of Appeal there appears no error of law in its judgment.

168 So.2d 268

**STATE of Louisiana**

v.

**Joseph L. COLLINS.**

No. 47546.

Nov. 10, 1964.

In re: Joseph L. Collins applying for writs of mandamus, certiorari and prohibition.

Application not considered. Relator has not complied with Rule XII of the Rules of this Court.